IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DERRICK S. ELLIS,

      Appellant,

v.

                                        Case No.  5D23-1017
                                        LT Case No. 1989-CF-000254

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed April 25, 2023

3.800 Appeal from the Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Jacob Grollman, of Grollman Law
P.A., Bradenton, for Appellant.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

SOUD, KILBANE and MACIVER, JJ., concur.